# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-2293

_____

Aaron Edward Meier

*Plaintiff - Appellant*

v.

Sheriff Chris Degase

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: December 8, 2025
Filed: December 11, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Missouri resident Aaron Meier appeals following the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action alleging that he was

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

arrested without probable cause. After careful consideration of the record and the parties arguments on appeal, we conclude that summary judgment was proper because the record showed there was probable cause for Meier's arrest. <u>See</u> <u>Said v. Mayo Clinic</u>, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo). We also find no error in the district court's discovery rulings. <u>See</u> <u>Vallejo v. Amgen Inc.</u>, 903 F.3d 733, 742 (8th Cir. 2018) (district court's discovery rulings are reviewed for abuse of discretion). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Meier's pending motions.

_____